UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EFRAIN GARCIA,<br>　　　　Petitioner<br>　　v.<br>F. MARTINEZ (WARDEN),<br>　　　　Respondent. | Case No. 2:19-cv-00329-JLS (GJS)<br><br>**ORDER ACCEPTING IN PART FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Report and Recommendation of United States Magistrate Judge ("Report"), and Petitioner's Objections to the Report. Pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b), the Court has conducted a de novo review of those portions of the Report to which objections have been stated.

As set forth below, the Court ACCEPTS IN PART the Findings and Recommendations ("Recommendation") of United States Magistrate Judge (Doc. 4).

The Court agrees that it lacks habeas jurisdiction over the Petition because the Petitioner challenges the conditions of his confinement rather than the validity or length of his sentence of his imprisonment. (*See* Recommendation at 2-6.) The Court also agrees this deficiency requires dismissal of this action for lack of habeas jurisdiction. (*See* Recommendation at 7.)

1 | The Court likewise agrees that the present action should not be converted to a civil rights action.  However, the Court would refrain from discussing the merits of a *Bivens* claim, and would instead merely note that the Petition is not "amenable to conversion on its face" in the manner described in *Nettles v. Grounds*, 830 F.3d 922, 936 (9th Cir. 2016).

Having completed its review, the Court ACCEPTS IN PART the findings and recommendations set forth in the Report.  Accordingly, **IT IS ORDERED** that the Petition is dismissed for lack of jurisdiction.  Although the dismissal is without prejudice to Petitioner filing a civil rights action based on the same underlying facts, the Court expresses no opinion regarding whether Petitioner may assert a *Bivens* claim.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATE: July 31, 2019

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE