UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EFRAIN GARCIA,<br>                Petitioner<br><br>        v.<br><br>F. MARTINEZ (WARDEN),<br>                Respondent. | Case No. 2:19-cv-00329-JLS (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting in Part Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED THAT this action is dismissed for lack of habeas jurisdiction.

DATE: July 31, 2019

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE